No. 7.—FRANCO. LÓPEZ, peticionario.—Admisión al ejercicio de la abogacía. Dic. 21, 1925. Habiendo probado finalmente el peticionario Francisco López que es graduado de abogado en una universidad acreditada de Estados Unidos con diez años de anterioridad a la aprobación de la Ley No. 17 de 1925 y que ha practicado durante cinco años por lo menos en bufetes de varios abogados autorizados para ejercer su profesión por el Tribunal Supremo de Puerto Rico, *se declara* con lugar su petición y en su consecuencia admítese al peticionario al ejercicio de la abogacía sin examen

tan luego haya sido favorablemente recomendado por la Comisión de Reputación.